**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR 03-36T** **DATE: June 10, 2005**

**TITLE: USA v. Eric LeFrancois**

**U.S. DISTRICT COURT JUDGE ERNEST C. TORRES**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Angela Reynolds**
**INTERPRETER:**



**IN COURT**

---

**COUNSEL PRESENT: ... Chafee**
**Kevin ...**
**Mi...**

**PROCEEDINGS: Senten... ...ring**

**No objections to the PSR. Court addresses "career-offender" provision. This hearing is cont'd to a future date in order that counsel may file supplemental memoranda addressing determination of offenses as "crimes of violence". Court advises counsel that the memoranda may be filed simultaneously; both are due by COB Fri., 7/8/05**