UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No: 03-036T |
| | ) | |
| ERIC LEFRANCOIS | ) | |

GOVERNMENT'S MOTION FOR A CONTINUANCE OF DATE OF ACTUAL SENTENCING FOR EVIDENTIARY HEARING

The government seeks a continuance of the actual sentencing date to the first week of September, 2005. The government wants time to call Dr. Carol Jenny of Hasbro Children's Hospital to testify on the issue of "serious potential risk of physical injury to 15 year old girls injured by sexual penetration by a man over 18." (Sacko involved a 14 year old girl.)

The doctor will be on vacation on July 20, 2005 when the case is currently scheduled. She will be back at the end of the first week of August. The prosecutor will be on vacation from August 1st through August 10th, 2005. He seeks a little time to prepare after his return.

The government asks that the Court keep the July 20th hearing date for the argument and the Court's answers to the questions raised by the Court. The government believes it's view will prevail, but would like to know that, before proceeding further in preparation of the doctor for testimony.

Based on the answers that the Court gives to the questions raised sua sponte, the defendant may well want to engage an expert on this critical issue of serious potential risk of physical injury to the victim in the prior sexual assault case.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ZECHARIAH CHAFEE
ASSISTANT U.S. ATTORNEY

CERTIFICATION OF SERVICE

I hereby certify that on this 14 day of July, 2005, I caused to be served by hand delivery a true copy of the within Government's Motion for a Continuance of the Date of Actual Sentencing for Evidentiary Hearing to the following:

Kevin Fitzgerald, Esquire
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903