**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR03-36-01T **DATE**: July 20, 2005
**TITLE OF CASE:** USA v. Eric LeFrancois

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**

---

**COUNSEL PRESENT**

Government: Zechariah Chafee , AUSA

Defendant: Kevin Fitzgerald, Esq.

Probation: Michael Perry

---

**PROCEEDINGS:** **Sentencing**

July 14, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. Counsel argues career offender classification and possible upward departure. Court finds that defendant shall not be classified as a career offender. Court sentences defendant to 70 months incarceration with 3 years of supervised release. Special conditions: Restitution in the amount of $1,564.00 (interest suspended while defendant incarcerated) to Fleet Bank ; Substance abuse treatment and counseling either inpatient or outpatient; Drug testing, up to 72 times per year, as determined by Probation; For each week not employed full time, defendant to complete 20 hours of community service. Court recommends to the Bureau of Prisons that the defendant be placed in a facility that can offer substance abuse counseling and treatment.

Adjourned